UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CORDUA,<br><br>          Plaintiff,<br><br>     v.<br><br>NAVISTAR INTERNATIONAL TRANSPORTATION CORP, et al.<br><br>          Defendants.<br>_____/ | No. C-10-04961-DMR<br><br>**ORDER VACATING HEARING DATE ON DEFENDANT'S MOTION TO TRANSFER, PENDING CONSENT TO JURISDICTION OF MAGISTRATE JUDGE** |

On November 10, 2010, Defendant Gulf Stream Coach, Inc. ("Gulf Stream"), filed a Motion to Transfer ("Motion"), pursuant to 28 U.S.C. 1404(a). *See* Docket No. 6. Defendant Gulf Stream noticed a hearing date on the Motion of January 13, 2011 at 11:00 a.m.

Pursuant to 28 U.S.C. §636(c), the Magistrate Judges of this District have been designated to conduct any and all proceedings in a civil case, upon the consent of all parties. The parties in the above-captioned case have not filed either a consent or declination to proceed before a Magistrate Judge. Accordingly, the January 13, 2011 hearing date on Defendant's Motion is hereby VACATED. Upon the filing of signed consents by the parties, the Court will issue an order resetting the hearing. If a declination is filed, the case will be immediately reassigned to an Article III District Judge.

IT IS SO ORDERED.

Dated: November 16, 2010

_____
DONNA M. RYU
United States Magistrate Judge