David N. Ruben (Bar No. 156681)
Ronald G. Akasaka (Bar No. 200372)
RUBEN & SJOLANDER
1875 Century Park East, Suite 1050
Los Angeles, California 90067
Telephone: (310) 788-2828
Facsimile: (310) 788-9028
e-mail:

Attorneys for Defendant,
NAVISTAR, INC. erroneously sued as Navistar International Transportation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CORDUA, | Case No.: C 10-04961 DMR |
| Plaintiff, | [Hon. Claudia Wilken, Courtroom 2] |
| vs. | ~~[PROPOSED]~~ ORDER DISMISSING THE ACTION |
| NAVISTAR INTERNATIONAL TRANSPORTATION CORP.; GULF STREAM COACH, INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

DATED: 10/5/2011

_____
Honorable Claudia Wilken

~~[PROPOSED]~~ ORDER DISMISSING THE ACTION